In re  Tony Alexander                          ,          Case No. _____
         **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2009 <br><br> American Express <br> PO Box 650448 <br> Dallas, TX 75265-0448 | | | June 1999 | | | | 59,000.00 |
| ACCOUNT NO. 3005 <br><br> American Express <br> PO Box 650448 <br> Dallas, TX 75265-0448 | | | March 1999 | | | | 13,000.00 |
| ACCOUNT NO. 2041 <br><br> Citibank <br> PO Box 22066 <br> Sioux Falls, SD 57117 | | | December 1995 | | | | 2,200.00 |
| ACCOUNT NO. 7610 <br><br> Bank of America <br> PO Box 17054 <br> Wilmington, DE 19850 | | | March 2001 | | | | 24,000.00 |
| | | | | | | Subtotal➤ | $ 98,200.00 |
| __2__ continuation sheets attached | | | Total➤ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

In re  Tony Alexander                              ,          Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0386  <br> GEMB/Lowes <br> PO Box 981064 <br> El Paso, TX 79998 | | | October 2001 | | | | 1,200.00 |
| ACCOUNT NO. 1338 <br> Discover Financial Services <br> Po Box 15316 <br> Wilmington, DE 19850 | | | August 1995 | | | | 13,000.00 |
| ACCOUNT NO. 1751 <br> Discover Financial Services <br> Po Box 15316 <br> Wilmington, DE 19850 | | | May 1996 | | | | 1,100.00 |
| ACCOUNT NO. 7870 <br> Peoples Trust FCU <br> 777 Walker Street, Ste 2300 <br> Houston, TX 77002 | | | October 2000 | | | | 9,500.00 |
| ACCOUNT NO. 0098 <br> Chase <br> 800 Brooksedge Blvd <br> Westerville, OH 43081 | | | November 1995 | | | | 515.00 |

Sheet no. __1__ of __2__ continuation sheets attached            Subtotal▶   $ 25,315.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                  Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Tony Alexander                        ,           Case No. _____
          Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4662 <br> Target NB <br> Po Box 673 <br> Minneapolis, MN 55440 | | | August 2004 | | | | 500.00 |
| ACCOUNT NO. <br> CAM, HOA <br> 9802 FM 1960, Ste 210 <br> Houston, TX 77338 | | | | | | | 5,231.00 |
| ACCOUNT NO. 1530 <br> Wells Education Services <br> PO Box 5185 <br> Sioux Falls, SD 57117-5185 | | | July 2003 | | | | 12,500.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 18,231.00

Total➤ $ 141,746.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)